FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-2795
_____

A.E., Mother of O.L.E., I.A.E.,
D.C.D., S.J.D., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
Steven Warrick, Judge.


March 12, 2025

PER CURIAM.

    DISMISSED. *N.S.H. v. Dep't of Child. & Fam. Servs.*, 843 So. 2d 898 (Fla. 2003) (approving procedure that includes dismissal when, after counsel withdraws, the appellant fails to timely file his or her own brief in support of appeal of termination of parental rights).

ROBERTS, ROWE, and KELSEY, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

A.E., pro se, Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem, Tallahassee, for Statewide Guardian ad Litem.